**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| ***Plaintiff*** | § | |
| | § | |
| **v.** | § | **1:26-cr-00148-RP** |
| | § | |
| **MICHAEL FITZGERALD BROOKS** | § | |
| ***Defendant*** | § | |

## Order Clarifying Conditions of Release

Now before the Court is Defendant's Motion for Clarification of Conditions of Pretrial Release, filed July 24, 2026 (Dkt. 34).

On July 16, 2024, this Magistrate Judge amended Defendant's Conditions of Release to impose three additional Conditions, including:

> **(7)(p)(ii) Home Detention.** The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorneys visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

> **(7)(q)(i)** The defendant must submit to the following location monitoring technology and comply with its requirements as directed: Location monitoring technology as directed by the pretrial services office of supervising officer.

Dkt. 33. Defendant now requests clarification on two questions under these Conditions: (1) whether "residence" includes the curtilage of his home, and (2) whether requests to participate in "other activities approved in advance" requires a fixed three-day notice period.

The Court **ORDERS** that Defendant shall submit to Radio Frequency location monitoring technology and **CLARIFIES** that, under that technology, his "residence" includes the curtilage of his home (including his front and back porches, patio, backyard, and garage).

The Court also **CLARIFIES** that Defendant must submit requests to participate in "other activities approved in advance by the pretrial services office or supervising officer" three days in advance for all activities **EXCEPT** legitimate, unavoidable medical needs that arise on short notice. Defendant must request approval for the latter activities as soon as reasonably practicable under the circumstances in which they arise.

All conditions of release remain in effect.

**SIGNED** July 27, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE